# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STEVEN GREEN, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:19-cv-02129 ) |
| CHICAGO ATHLETIC CLUBS, LLC, | ) ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT AS TO CHICAGO ATHLETIC CLUBS, LLC

Plaintiff, STEVEN GREEN, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that Plaintiff and Defendant, CHICAGO ATHLETIC CLUBS, LLC, have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 60 days.

Respectfully submitted,

By: /s/ Taylor Kosla
Taylor Kosla
Attorney for Plaintiffs
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Avenue, Suite 419
Chicago, IL 60640
312-224-4695 – office
312-253-4451 – facsimile
taylor@agrusslawfirm.com

1

## **CERTIFICATE OF SERVICE**

I certify that on June 21, 2019, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                            By: /s/ Taylor Kosla
                                  Taylor Kosla