UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN GREEN, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHICAGO ATHLETIC CLUBS, LLC, )<br>)<br>Defendant. ) | No. 1:19-cv-02129 |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Plaintiff, STEVEN GREEN, on behalf of himself and all others similarly situated, and Defendant, CHICAGO ATHLETIC CLUBS, LLC, through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the following:

1. The parties stipulate to dismiss plaintiff's class action allegations WITHOUT PREJUDICE. The court has not certified the proposed class and no notice has been given to any putative class member of this lawsuit. The parties have settled their differences in a private settlement agreement which is not binding on any class member other than the plaintiff. As such, there is no need for notice to the putative class members pursuant to Fed. R. Civ. P. 23(e).

2. The parties stipulate to dismiss plaintiff's individual claims against defendant WITH PREJUDICE with both sides to bear their own fees and costs. This stipulation dismisses the action in its entirety.

[INTENTIONALLY LEFT BLANK]

1

Respectfully submitted,

By:   /s/ Taylor Kosla
Taylor Kosla
Attorney for Plaintiffs
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Avenue, Suite 419
Chicago, IL 60640
312-224-4695 – office
312-253-4451 – facsimile
taylor@agrusslawfirm.com

Respectfully submitted,

By:   /s/ J.H Jennifer Lee
J.H. Jennifer Lee
IL Bar # 6290027
**ARENT FOX LLP**
1717 K Street, N.W.
Washington, DC 20006-5344
(202) 857-6000 (telephone)
(202) 857-6395 (facsimile)
jenny.lee@arentfox.com
*Attorney for Defendant*
*Chicago Athletic Clubs, LLC*

**CERTIFICATE OF SERVICE**

I certify that on July 16, 2019, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                                  By: /s/ Taylor Kosla
                                            Taylor Kosla